UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops,<br>        Plaintiff<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br>        Defendant | Docket No. 3:15-cv-000083-KRG<br><br>JUDGE KIM R. GIBSON |

### STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF TO SIT FOR A DEPOSITION

On September 23, 2015, the Court entered an order requiring Plaintiff to sit for a deposition no later than October 23, 2015. Because of scheduling conflicts, the parties respectfully request that the deadline for Plaintiff to sit for a deposition be extended to November 6, 2015.

s/ Brett Freeman

Brett Freeman: Bar ID PA 308834
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Phone: (570) 341-9000
Facsimile: (570) 504-2769
Email: bfecf@bankruptcypa.com

s/ Martin C. Bryce, Jr. (with consent)

Martin C. Bryce Jr., Esquire: Bar ID 59409
Ballard Spahr LLP
1735 Market St., 51st Fl.
Philadelphia, PA  19103
Phone: (215) 665-8500
Facsimile: (215) 864-8999
Email: Bryce@ballardspahr.com

### ORDER

So Ordered.

Date: October 6, 2015

_____
Kim R. Gibson
United States District Judge