IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 3:15-cv-00083-KRG<br><br>**(JUDGE KIM R. GIBSON)** |

## NOTICE OF RELATED CASES

**PLEASE TAKE NOTICE** that the above captioned case regarding Plaintiff's cell phones ending in 6128 and 5359 is related to the following cases:

1. *Melody Stoops v. Comenity Bank*, Case No. 3:14-cv-00172-KRG-KAP (W.D. PA filed Aug. 18, 2014), regarding Plaintiff's cell phone number ending 5169 (notice of voluntary dismissal filed on Nov. 24, 2014);

2. *Melody Stoops v. Professional Recovery Services*, Case No. 3:14-cv-00173-KRG-KAP (W.D. PA filed Aug. 18, 2014), regarding Plaintiff's cell phone numbers ending in 7908 and 4416 (order granting notice of voluntary dismissal filed on Dec. 24, 2014);

3. *Melody Stoops v. Credit Protection Association*, Case No. 3:14-cv-00184-KRG-KAP (W.D. PA filed Aug. 26, 2014), regarding Plaintiff's cell phone number ending in 7908 (notice of voluntary dismissal filed on Oct. 9, 2014);

4. *Stoops v. Kohl's Department Stores*, Case No. 3:15-cv-00025-KRG (W.D. PA filed Jan. 26, 2015), Plaintiff's cell phone number not identified in the complaint (order granting stipulated request for dismissal filed on Oct. 5, 2015);

5. *Melody Stoops v Navient Corporation*, No. 3:15-cv-00124-KRG (W.D. PA filed April 24, 2015), regarding Plaintiff's cell phone numbers ending 0698, 1282, 1241, and 3182 (order designating case as closed filed on Nov. 4, 2015);

6. *Melody Stoops v. Comenity*, Case No. 3:15-cv-00145-KRG (W.D. PA May 20, 2015), regarding Plaintiff's cell phone ending in 5359;

7. *Melody Stoops v. Credit One Bank, N.A.*, Case No. 3:15-cv-00149 – KRG (W.D. PA filed May 26, 2015), regarding Plaintiff's cell phone numbers ending in 3659, 4696, 7854, and 8469 (order designating case as closed filed on Nov. 4, 2015);

8. *Melody Stoops v. Credit Protection Association, LP*, Case No. 3:15-cv-00218-KRG (W.D. PA filed Aug 20, 2015), regarding Plaintiff's cell phone numbers ending in 3452, 1241, 1045, 1356, and 8251;

9. *Melody Stoops v. Synchrony Bank*, Case No. 3:15-cv-00238-KRG (W.D. PA filed Sep. 14, 2015), regarding Plaintiff's cell phone number ending in 6716; and,

10.  *Melody Stoops v. Enhanced Recovery Company, LLC*, No. 3:15-cv-00262-KRG (W.D. PA filed Oct. 8, 2015), regarding Plaintiff's cell phone number ending in 5485.

Respectfully submitted,

By: /s/ *Divya S. Gupta*
   Divya S. Gupta
   Divya S. Gupta, *pro hac vice*
   Eric J. Trouman, *pro hac vice*
   SEVERSON & WERSON
   The Atrium
   19100 Von Karman Avenue, Suite 700
   Irvine, California 92612
   Telephone: (949) 442-7110
   Facsimile: (949) 442-7118
   dsg@severson.com

   Attorneys for Defendant
   WELLS FARGO BANK, N.A.


By: /s/ *Martin C. Bryce, Jr.*
   Martin C. Bryce, Jr. (I.D. No. 59409)
   bryce@ballardspahr.com
   BALLARD SPAHR LLP
   1735 Market Street, 51st Floor
   Philadelphia, PA 19103
   Telephone: 215.864.8238
   Facsimile: 215.864.8999

   Attorneys for Defendant WELLS FARGO BANK, N.A.

Dated:  November 25, 2015

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 3:15-cv-00083-KRG<br><br>**(JUDGE KIM R. GIBSON)**<br><br>FILED ELECTRONICALLY |

### CERTIFICATE OF SERVICE

Service of the Notice of Related Cases is being effected via the CM/ECF system.

　　　　　　　　　　By: /s/ *Divya S. Gupta*
　　　　　　　　　　　　Divya S. Gupta
　　　　　　　　　　　　Divya S. Gupta, *pro hac vice*
　　　　　　　　　　　　Eric J. Trouman, *pro hac vice*
　　　　　　　　　　　　SEVERSON & WERSON
　　　　　　　　　　　　The Atrium
　　　　　　　　　　　　19100 Von Karman Avenue, Suite 700
　　　　　　　　　　　　Irvine, California 92612
　　　　　　　　　　　　Telephone: (949) 442-7110
　　　　　　　　　　　　Facsimile: (949) 442-7118
　　　　　　　　　　　　dsg@severson.com

　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　WELLS FARGO BANK, N.A.

　　　　　　　　　　By: /s/ *Martin C. Bryce, Jr.*
　　　　　　　　　　　　Martin C. Bryce, Jr. (I.D. No. 59409)
　　　　　　　　　　　　bryce@ballardspahr.com
　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　Telephone: 215.864.8238
　　　　　　　　　　　　Facsimile: 215.864.8999

　　　　　　　　　　　　Attorneys for Defendant WELLS FARGO
　　　　　　　　　　　　BANK, N.A.