IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTIRCT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops,<br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br>    Defendant | Docket No. 3:15-cv-83-KRG<br><br>JUDGE KIM R. GIBSON |
| Melody Stoops,<br>    Plaintiff,<br><br>v.<br><br>Navient Corporation,<br>    Defendant | Docket No. 3:15-cv-00124-KRG<br><br>JUDGE KIM R. GIBSON |

**STATUS REPORT BY BRETT FREEMAN**

 1. On December 1, 2015, the undersigned filed a motion to withdraw as counsel for Melody Stoops in the above-captioned matters.

 2. In both of the matters, Defendant has already taken Ms. Stoops deposition. However, the deadlines for Ms. Stoops to correct the transcripts has not yet passed. A motion to extend these deadlines has been filed.

 3. In order to comply with Pennsylvania Rule of Professional Conduct 3.3, the undersigned wishes to review a copy of the final corrected transcript and verify that no additional corrections need to be made.

 4. Attached is a proposed order which would require Melody Stoops to provide the undersigned with the corrected transcripts at the same time that she serves them on the defendants.

                s/ Brett Freeman
                Brett Freeman, Bar Number PA308834
                Attorney for Plaintiff
                Sabatini Law Firm, LLC

216 N. Blakely St.  
Dunmore, PA 18512  
Phone (570) 341-9000  
Facsimile (570) 504-2769  
Email bfecf@bankruptcypa.com

## **CERTIFICATE OF SERVICE**

On December 1, 2015, Defendants are being served via the CM/ECF system and Melody Stoops is being served via electronic mail addressed to newbeginnings1952@gmail.com. On December 2, 2015, Melody Stoops will also be served via regular first class mail, addressed to:

Melody Stoops  
1007 Hammock Shade Drive  
Lakeland, FL 33809

s/ Brett Freeman  
Brett Freeman