Case 3:15-cv-00083-KRG   Document 42   Filed 12/07/15   Page 1 of 1
Case 3:15-cv-00145-KRG   Document 22   Filed 11/17/15   Page 1 of 1
Case 3:15-cv-00145-KRG   Document 21-2   Filed 11/11/15   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops,<br>　　　　Plaintiff,<br><br>v.<br><br>Comenity Bank,<br>　　　　Defendant. | Civil No. 3:15-cv-145-KRG<br><br>(JUDGE KIM R. GIBSON) |

### ORDER GRANTING MOTION FOR JOINT STATUS HEARING

IT IS HEREBY ORDERED that a Joint Status Hearing shall be conducted with all parties in all related cases listed in the Notice of Related Cases filed on October 26, 2015, Dkt. No. 19, except 14-cv-00172, on December 15, 2015, at 2:30 p.m.

SO ORDERED.

DATED: November 17, 2015

　　　　　　　　　　　　　　　　　Kim R. Gibson
　　　　　　　　　　　　　　　　　KIM R. GIBSON
　　　　　　　　　　　　　　　　　United States District Judge