# IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

Civil Action No.: 3:15-cv-00083-KRG

## MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY H. D. ALUMIT

Gregory H. D. Alumit, Esq., undersigned counsel for Plaintiff, Melody Stoops ("Plaintiff"), hereby moves that Gregory H. D. Alumit, Esq. be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Gregory H. D. Alumit, Esq. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

|   |   |
|---|---|
| Date: January 12, 2016 | Respectfully submitted,<br><br>**HOWARD LAW PC**<br><br>_____<br>Gregory H. D. Alumit, Esq.<br>California Attorney ID No. 257124<br>2099 S. State College Blvd., Suite 600<br>Anaheim, CA 92806<br>Telephone: (800) 872-5925<br>Email: galumit@howardlawpc.com<br>*Counsel for Plaintiff* |