# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

Civil Action No.: 3:15-cv-00083-KRG

### AFFIDAVIT OF GREGORY H. D. ALUMIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

    I, Gregory H. D. Alumit, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff, Melody Stoops, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Gregory H. D. Alumit, being duly sworn, do hereby depose and say as follows:

1. I am the senior attorney for Howard Law, PC.

2. Howard Law, PC is located at 2099 S. State College Blvd., Suite 600, Anaheim, CA 92806.

3. I am a member in good standing of the bar of the state of California.

4. My California bar identification number is 257124.

5. A current certificate of good standing from the State of California is attached to Affidavit as Exhibit A.

6. I attest that I am a registered user of the ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: January 12, 2016

_____
Gregory H. D. Alumit, Esq.