# APPENDIX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 3:15-cv-00083-KRG<br><br>U. S. District Judge:<br>  Honorable Kim R. Gibson<br><br>**PLAINTIFF'S APPENDIX IN SUPPORT OF HER OPPOSITION TO WELLS FARGO, N.A.'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Melody Stoops ("Plaintiff" or "Stoops") respectfully submits the following Appendix in Support of Her Opposition to Wells Fargo's Motion for Summary Judgment. This Appendix is submitted pursuant to Western District of Pennsylvania Local Rule 56.C(3)

1. Declaration of Joseph R. Manning, Jr. In Support of Plaintiff's Opposition to Wells Fargo's Motion for Summary Judgment ("Manning Decl."), attached hereto as Exhibit A.
   a. Initial Scheduling Order for the present case, Case No.: 15-cv-00083-KRG, attached as Exhibit A to Manning Decl.
   b. Wells Fargo's Requests for Admission to Melody Stoops attached as Exhibit B to Manning Decl.
   c. Joint Stipulation of Facts attached as Exhibit C Manning Decl.
   d. Excerpts of from the deposition transcript of Melody Stoops attached as Exhibit D Manning Decl.
   e. Section 4:77 excerpt of the Federal Civil Procedure Before Trial attached as Exhibit E Manning Decl.

2. Declaration of Melody Stoops In Support of Her Opposition to Wells Fargo's Motion for Summary Judgment ("Manning Decl."), attached hereto as Exhibit B.

|  |  |
|---|---|
| Vincent D. Howard, pro hac vice<br>Howard Law, PC<br>2099 S. State College Blvd., Suite 600<br>Anaheim, CA 92806<br>Telephone: 800-872-5925<br>Fax: 888-533-7310<br>Email: vhoward@howardlawpc.com<br><br>Gregory H. D. Alumit, pro hac vice<br>Howard Law, PC<br>2099 S. State College Blvd., Suite 600<br>Anaheim, CA 92806<br>Telephone: 800-872-5925<br>Fax: 888-533-7310<br>Email: galumit@howardlawpc.com | By: /s/ Joseph R. Manning, Jr.<br>    Joseph R. Manning, Jr.<br><br>Joseph Richard Manning, Jr., pro hac vice<br>The Law Offices of<br>Joseph R. Manning, Jr., APC<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660<br>Telephone: 949-200-8755<br>Email: info@manninglawoffice.com<br><br>Glenn C. Romano<br>Glenn C. Romano, P.C.<br>3830 Lukens Lane<br>Hatboro, PA 19040<br>Telephone: 215-323-4949<br>Fax: 215-323-4950<br>Email: glenn@glennromano.com<br><br>Attorneys for Plaintiff<br>MELODY STOOPS |