# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS,<br><br>　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　Defendant. | Case No. 3:15-cv-00083-KRG<br><br>U. S. District Judge:<br>　Honorable Kim R. Gibson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT** |

　　　PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Evidence 201, Plaintiff Melody Stoops hereby request that the court take judicial notice of the following document in support of her opposition to Defendant Wells Fargo Bank, N.A.'s motion for summary judgment.

　　　Exhibit 1:　*In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991,* Declaratory Ruling and Order, 30 F.C.C.R. 7961, (June 18, 2015).

　　　　　　　　　　　　　　　　　　　　By: */s/ Joseph R. Manning, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Joseph R. Manning, Jr.

Vincent D. Howard, pro hac vice
Howard Law, PC
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806
Telephone:  800-872-5925
Fax: 888-533-7310
Email: vhoward@howardlawpc.com

Gregory H. D. Alumit, pro hac vice
Howard Law, PC
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806
Telephone:  800-872-5925
Fax: 888-533-7310
Email: galumit@howardlawpc.com

Joseph Richard Manning , Jr., pro hac vice
The Law Offices of
Joseph R. Manning, Jr., APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Telephone:  949-200-8755
Email: info@manninglawoffice.com

Glenn C. Romano
Glenn C. Romano, P.C.
3830 Lukens Lane
Hatboro, PA 19040
Telephone:  215-323-4949
Fax:  215-323-4950
Email: glenn@glennromano.com