UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Case No. 3:15-cv-00083-KRG |

ORDER

      AND NOW, this _____ day of _____, 2016, upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto, it is HEREBY ORDERED that the Motion is DENIED.

                                                                                           _____
                                                                                           KIM M. BAYLSON, U.S.D.J.