UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No. 3:15-cv-00083-KRG<br><br>U. S. District Judge:<br>   Honorable Kim R. Gibson<br><br>**CERTIFICATE OF SERVICE**<br><br>FILED ELECTRONICALLY |

### CERTIFICATE OF SERVICE

Service is being effected upon counsel for counsel of record via the CM/ECF system.

                                                              By: */s/ Joseph R. Manning, Jr.*
                                                                    Joseph R. Manning, Jr.

Vincent D. Howard, pro hac vice
Howard Law, PC
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806
Telephone: 800-872-5925
Fax: 888-533-7310
Email: vhoward@howardlawpc.com

Gregory H. D. Alumit, pro hac vice
Howard Law, PC
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806
Telephone: 800-872-5925
Fax: 888-533-7310
Email: galumit@howardlawpc.com

Joseph Richard Manning, Jr., pro hac vice
The Law Offices of
Joseph R. Manning, Jr., APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Telephone: 949-200-8755
Email: info@manninglawoffice.com

Glenn C. Romano
Glenn C. Romano, P.C.
3830 Lukens Lane
Hatboro, PA 19040
Telephone: 215-323-4949
Fax: 215-323-4950
Email: glenn@glennromano.com

Attorneys for Plaintiff
MELODY STOOPS