EXHIBIT A

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MELODY STOOPS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 3:15-cv-00083-KRG<br><br>U. S. District Judge:<br>　Honorable Kim R. Gibson<br><br>**DECLARATION OF DAVID L. OWEN, JR.** |

I, David L. Owen, Jr., declare as follows:

1.　　I am over the age of 18. I am the principal attorney at The Law Office of David L. Owen, Jr., P.C., located in Highlands Ranch, Douglas County, Colorado and the counsel of record for Plaintiff Melody Stoops in Case No.: 2013-cr-1273 filed in Boulder County District Court, Boulder, Colorado.

2.　　In this capacity, I have firsthand, personal knowledge of the facts and status of this case, and if called as a witness, I can, and will competently testify to their veracity in any court of law.

3.　　On November 21, 2013, Ms. Stoops appeared in Boulder County District Court located in Boulder, Colorado, in Case No.: 2013-cr-1273, and pursuant to a negotiated plea agreement entered a guilty plea to the Count – 1 Attempted Theft, a Class 2 Misdemeanor and to Count 6 – Forgery, a Class 5 Felony. The Court imposed a Deferred Sentence & Judgment on Count 6 and a four (4) year term of unsupervised probation for both counts.

4.　　On February 25, 2016, Judge David A. Archuleta of the Boulder County District Court located in Boulder, Colorado, in Case No.: 2013-cr-1273, granted Ms. Stoop's Motion for Early Termination of Unsupervised Probation, which successfully completed Ms. Stoops' probation term. Upon completion of the probation term the deferred judgment on Count 6 was reversed, the charges dismissed and Ms. Stoops no longer has a felony conviction. A true and

correct copy of the "Motion for Early Termination of Unsupervised Probation" is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25 day of February, 2016.

David L. Owen, Jr.
Colorado Bar # 39669
718 Huntington Place
Highlands Ranch, CO 80126
(303) 993-7092
(303) 265-9202 – facsimile
davidowen@lodopc.com