IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY STOOPS, | ) | |
| | ) | CIVIL ACTION NO. 3:15-83 |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 3rd day of March, 2016, the Court having considered Plaintiff Melody Stoops' Motion Seeking Leave to Submit a Supplemental Affidavit in Support of Her Opposition to Wells Fargo Bank, N.A.'s Motion for Summary Judgment (ECF No. 68), **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE