IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS, | ) |
| | )     CIVIL ACTION NO. 3:15-83 |
| Plaintiff, | ) |
| | )     JUDGE KIM R. GIBSON |
| v. | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## CONFERENCE MEMO

Conference:    Status Conference
Before Judge:  Kim R. Gibson on April 7, 2016

| Joseph Richard Manning, Jr. | Divya Shenoy Gupta |
| --- | --- |
| | Eric J. Troutman |
| Appearing for Plaintiff | Appearing for Defendant |
| 2:30 p.m. | 2:40 p.m. |
| Conference Began | Conference Concluded |
| SKS Law Clerk | |

A post-discovery status conference was held with counsel appearing telephonically. The Court first noted that motions for summary judgment have been filed and inquired whether counsel preferred to continue the post-discovery status conference until after the disposition of the pending motions. Counsel agreed that continuing the post-discovery status conference would be appropriate.

Attorney Troutman noted that Defendant is willing to orally argue its motion for summary judgment if the Court finds that it would helpful. Attorney Manning stated that he does not believe that oral argument is necessary but stated that he would participate. The Court stated that it will review the motions to determine whether oral argument is necessary. If the Court schedules oral argument, it will work to accommodate the attorneys' schedules, as they are all located in California.