IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY STOOPS, | ) | |
| | ) | **CIVIL ACTION NO. 3:15-83** |
| Plaintiff, | ) | |
| | ) | **JUDGE KIM R. GIBSON** |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 29th day of April, 2016, Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment having been fully briefed (*see* ECF Nos. 44, 54, 55, 56, 61, 64, 65, 67, 68, 70), **IT IS HEREBY ORDERED** that oral argument regarding the motions for summary judgment is scheduled to **May 11, 2016, at 1:30 p.m.** Pursuant to Rule I.D of the Court's Practices and Procedures, counsel may participate in the oral argument by telephone.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE