# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | Case No. 3:15-cv-00083-KRG<br><br>(JUDGE KIM R. GIBSON) |

## STIPULATION AND REQUEST FOR AN ORDER RESCHEDULING ORAL ARGUMENT REGARDING THE MOTIONS FOR SUMMARY JUDGMENT

**TO THE HONORABLE COURT:** Plaintiff Melody Stoops ("Plaintiff") and Wells Fargo Bank, N.A. ("Defendant"), (collectively "the Parties"), by and through their respective counsel, hereby stipulate that the oral argument currently scheduled for May 11, 2016 at 1:30 p.m. be rescheduled to May 25, 2016 at 1:30 p.m., and request that the Court enter an order rescheduling the oral argument to May 25, 2016 at 1:30 p.m., good cause being set forth as follows:

  1. WHEREAS, on April 7, 2016, the Court conducted a post-discovery status conference wherein the Court informed counsel for the Parties that should the Court schedule oral argument that it will work to accommodate counsels' schedules, as they are all located in California. (ECF-71)

  2. WHEREAS, on April 29, 2016, the Court issued an Order setting oral argument for May 11, 2016 at 1:30 p.m.. (ECF-72).

  3. WHEREAS, Joseph R. Manning, counsel for Plaintiff, is currently engaged in a trial which will likely not conclude by May 11, 2016. Counsel for the Parties have met and

conferred and have agreed that May 25, 2016 is the optimal date for the Parties to conduct oral argument.

In light of the foregoing, the Parties of the above-entitled action jointly request that the Court reschedule oral argument regarding the motions for summary judgment to May 25, 2016 at 1:30 p.m.

Respectfully submitted,

DATED: May 3, 2016                By: */s/ Joseph R. Manning, Jr.*
                                       Joseph R. Manning, Jr.

Vincent D. Howard, *pro hac vice*           Joseph Richard Manning , Jr., *pro hac vice*
Howard Law, PC                              The Law Offices of
2099 S. State College Blvd., Suite 600      Joseph R. Manning, Jr., APC
Anaheim, CA 92806                           4667 MacArthur Blvd., Suite 150
Telephone: 800-872-5925                     Newport Beach, CA 92660
Email: vhoward@howardlawpc.com              Email: info@manninglawoffice.com

Gregory H. D. Alumit, *pro hac vice*        Glenn C. Romano
Howard Law, PC                              Glenn C. Romano, P.C.
2099 S. State College Blvd., Suite 600      3830 Lukens Lane
Anaheim, CA 92806                           Hatboro, PA 19040
Telephone: 800-872-5925                     Telephone: 215-323-4949
Fax: 888-533-7310                           Fax: 215-323-4950
Email: galumit@howardlawpc.com              Email: glenn@glennromano.com

                                            Attorneys for Plaintiff
                                            Melody Stoops


DATED: May 3, 2016                By: */s/ Eric J. Troutman*
                                       Eric J. Troutman

                                            Dorsey & Whitney, LLP
                                            Eric J. Troutman
                                            600 Anton Blvd., Suite 2000
                                            Costa Mesa, CA 92626
                                            troutman.eric@dorsey.com

                                            Attorneys for Defendant
                                            Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

Service is being effectuated upon counsel for counsel of record via the CM/ECF system.

By: */s/ Joseph R. Manning, Jr.*