## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops,<br>　　　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br>　　　　　Defendant. | Civil No. 3:15-cv-00083-KRG<br><br>(JUDGE KIM R. GIBSON) |

### [PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE ORAL ARGUMENT REGARDING MOTIONS FOR SUMMARY JUDGMENT

Having considered the parties' Stipulation to Reschedule Oral Argument Regarding the Motions for Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED.

Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment having been fully briefed (see ECF Nos. 44, 54, 55, 56, 61, 64, 65, 67, 68, 70), **IT IS HEREBY ORDERED** that oral argument regarding the motions for summary judgment is rescheduled to May 25, 2016, at 1:30 p.m. Pursuant to Rule I.D of the Court's Practices and Procedures, counsel may participate in the oral argument by telephone.

Date: May 4, 2016

Kim R. Gibson
United States District Judge