**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

MELODY STOOPS,

              Plaintiff,

    vs.

WELLS FARGO BANK, N.A.,

              Defendant.

Case No. 3:15-cv-00083-KRG

**WELLS FARGO BANK, N.A.' NOTICE OF SUPPLEMENTAL AUTHORITY**

Wells Fargo Bank, N.A. ("Wells Fargo") hereby gives notice of new legal authority relevant to the pending motions for summary judgment (Dockets 44 and 56). The Supreme Court of the United States issued its ruling yesterday in *Spokeo, Inc. v. Robins*, 578 U.S. _____ (2016), attached hereto as Exhibit A.

Wells Fargo referred to this pending decision in its Motion for Summary Judgment (Docket 44, pg. 24 of 27) and discussed Article III standing in its Opposition to Plaintiff's Motion for Summary Judgment (Docket 65, pgs. 21 and 22 of 24). Wells Fargo submits this notice of supplemental authority in support of its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment to update the Court on the Supreme Court's holding in *Spokeo, Inc. v. Robins* and its analysis of Article III's standing requirements.

By: */s/ Eric J. Troutman*
Eric J. Troutman, *pro hac vice*
Divya S. Gupta, *pro hac vice*
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499
Troutman.Eric@Dorsey.com
Gupta.Divya@Dorsey.com

Martin C. Bryce, Jr. (I.D. No. 59409)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8238
Facsimile: 215.864.8999
bryce@ballardspahr.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

MELODY STOOPS,

          Plaintiff,

    vs.

WELLS FARGO BANK, N.A.,

          Defendant.

Case No. 3:15-cv-00083-KRG

**(JUDGE KIM R. GIBSON)**

FILED ELECTRONICALLY

## CERTIFICATE OF SERVICE

Service is being effected upon counsel for counsel of record via the CM/ECF system.

By: */s/ Eric J. Troutman*
      Eric J. Troutman

Eric J. Troutman, *pro hac vice*
Divya S. Gupta, *pro hac vice*
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499
Troutman.Eric@Dorsey.com
Gupta.Divya@Dorsey.com

Martin C. Bryce, Jr. (I.D. No. 59409)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8238
Facsimile: 215.864.8999
bryce@ballardspahr.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.