IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MELODY STOOPS, | ) | |
|---|---|---|
| | ) | CIVIL ACTION NO. 3:15-83 |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## HEARING MEMO

Conference:     Oral Argument on Motions for Summary Judgment
Before Judge:   Kim R. Gibson on May 23, 2016

| Joseph Richard Manning, Jr. Michael Manning Appearing for Plaintiff | Eric J. Troutman Appearing for Defendant |
|---|---|
| 1:45 p.m. Conference Began | 3:30 p.m. Conference Concluded |
| SKS Law Clerk | KS Court Reporter |

Oral argument was held regarding Defendant's motion for summary judgment (ECF No. 44) and Plaintiff's cross-motion for summary judgment (ECF No. 56). Counsel appeared in person and entered their appearances. After Attorney Troutman presented argument related to Defendant's motion for summary judgment, Attorney Manning presented a response on behalf of Plaintiff and argument related to her cross-motion for summary judgment. Both counsel then provided additional argument related to their respective positions.

After counsel completed their presentations, the Court noted that a written decision will later be issued. After counsel indicated that there were no further issues to discuss, the Court ended the hearing.