IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY STOOPS, | |
| Plaintiff | CIVIL ACTION NO. 3:15-83 |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant | |

## JUDGMENT

**AND NOW**, this 24th day of June, 2016, in accordance with Federal Rule of Civil Procedure 58, and the Memorandum Opinion & Order dated June 24, 2016, Judgment is hereby entered in favor of Defendant, Wells Fargo Bank, N.A., and against the Plaintiff, Melody Stoops.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE