UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

        Plaintiff,                                                  Civil Action No.: 3:15-cv-00083-KRG

vs.

WELLS FARGO BANK, N.A.

        Defendant.

### MOTION TO PERMIT CO-COUNSEL TO WITHDRAW APPEARANCE

Pursuant to Local Rule of General Procedure 83.2, Vincent D. Howard and Gregory H. D. Alumit, co-counsels for Plaintiff Melody Stoops, respectfully move this Court to enter an Order granting the withdrawal of their appearances.  Glenn C. Romano and Joseph Richard Manning, Jr. will continue as counsel of record for Plaintiff Melody Stoops.  A proposed order granting this Motion is attached hereto as Exhibit A.

                                  Melody Stoops
                                  By Counsel
                                  Howard Law, PC

                                  /s/ Gregory H. D. Alumit
                                  Vincent D. Howard (CA SBN 232478) Admitted *Pro Hac Vice* on January 6, 2016
                                  Gregory H. D. Alumit (CA SBN 257124) Admitted *Pro Hac Vice* on January 13, 2016
                                  2099 S. State College, Blvd., Suite 600
                                  Anaheim, CA 92806
                                  Tel: (800) 872-5925
                                  Fax: (888) 533-7310

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

        Plaintiff,                           Civil Action No.: 3:15-cv-00083-KRG

vs.

WELLS FARGO BANK, N.A.

        Defendant.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Motion to Permit Co-Counsel to Withdraw Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated this 14th day of July, 2016.

        Melody Stoops
        By Counsel
        Howard Law, PC

        /s/ Gregory H. D. Alumit
        Gregory H. D. Alumit (CA SBN 257124) Admitted *Pro Hac Vice* on January 13, 2016
        2099 S. State College, Blvd., Suite 600
        Anaheim, CA 92806
        Tel: (800) 872-5925
        Fax: (888) 533-7310