UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

       Plaintiff,                      Civil Action No.: 3:15-cv-00083-KRG

vs.

WELLS FARGO BANK, N.A.

       Defendant.

## **MOTION TO PERMIT CO-COUNSEL TO WITHDRAW APPEARANCE**

Pursuant to Local Rule of General Procedure 83.2, Glenn C. Romano, co-counsel for Plaintiff Melody Stoops, respectfully moves this Court to enter an Order granting the withdrawal of his appearances. Joseph Richard Manning, Jr. will continue as counsel of record for Plaintiff Melody Stoops. A proposed order granting this Motion is attached hereto as Exhibit A.

                              Melody Stoops
                              By Counsel
                              Glenn C. Romano, P.C.

                              <u>/s/ Glenn C. Romano</u>
                              Glenn C. Romano
                              PA Attorney No. 47151
                              3830 Lukens Lane
                              Hatboro, Pennsylvania 19040
                              (215) 323-4949
                              (215) 323 4950 FAX
                              glenn@glennromano.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MELODY STOOPS,

       Plaintiff,                      Civil Action No.: 3:15-cv-00083-KRG

vs.

WELLS FARGO BANK, N.A.

       Defendant.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing Motion to Permit Co-Counsel to Withdraw Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated this 15th day of July, 2016.

                                  Melody Stoops
                                  By Counsel
                                  Glenn C. Romano, P.C.

                                  <u>/s/ Glenn C. Romano</u>